JDN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Youyi Wei, | No. CV-26-03263-PHX-DWL (CDB) |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner Youyi Wei, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241.  (Doc. 1.)  The Court will require Respondents to answer the Petition.

As alleged, Petitioner is a citizen of China who entered the United States in December 2024 and was detained upon entry.  (*Id.* at 6.)  Petitioner applied for asylum, withholding of removal, and protection under the Convention Against Torture. (*Id.*)  After an Immigration Judge denied asylum, Petitioner timely appealed to the Board of Immigration Appeals, and the appeal remains pending.  (*Id.* at 2.)  Petitioner has been detained since December 2024, for almost 16 months.  (*Id.* at 2, 6.)  During this time, Petitioner has not been informed of the specific legal basis for his detention, nor has a neutral decisionmaker conducted a hearing to determine whether the lengthy incarceration is warranted based on danger or flight risk.  (*Id.*)  Petitioner seeks a bond hearing or immediate release.  (*Id.* at 2, 20–21.)

Petitioner raises two claims for relief.  In Count One, Petitioner alleges that his

detention violates 8 U.S.C. § 1226(a). (*Id.* at 19–20.) And in Count Two, Petitioner claims that his prolonged detention without a hearing violates his Fifth Amendment due process rights. (*Id.* at 20.)

**IT IS ORDERED:**

(1)   Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2)   If not already issued, the Clerk's Office must issue any properly completed summonses.

(3)   The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)   Respondents must answer the Petition within **twenty (20) days** of the date of service. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(5)   Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

(6)   This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 12th day of May, 2026.

Dominic W. Lanza
United States District Judge

- 2 -