# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Youyi Wei,<br><br>                    Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>                    Respondents. | No. CV 26-03263 PHX DWL (CDB)<br><br>**ORDER** |

**IT IS ORDERED that** the Order to Show Cause at ECF No. 4 is **deemed satisfied**.

Dated this 28th day of May, 2026.

_____
Camille D. Bibles
United States Magistrate Judge