# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Youyi Wei,

        Petitioner,

v.

Eric Rokosky, et al.,

        Respondents.

No. CV-26-03263-PHX-DWL (CDB)

**ORDER**

In this action under 28 U.S.C. § 2241, Petitioner asks the Court to "[i]ssue a Writ of Habeas Corpus directing Petitioner's immediate release" or "[a]lternatively, issue a writ of habeas corpus and Respondents schedule a bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven days." (Doc. 1 at 20-21.)  The Court directed Respondents to answer the petition within 20 days of the date of service.  (Doc. 3.)  After Respondents were served and failed to respond, the Court issued an order directing Respondents to respond no later than July 17, 2026.  (Doc. 11.)  In their response, Respondents state:

> Respondents do not oppose the instant habeas petition nor the requested relief of a bond hearing under 8 U.S.C. § 1226(a) or release from custody, whichever this Court should deem proper.

(Doc. 12.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention, if any.

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of July, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -